**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Rochelle D. HARRIS, Petitioner**

**No. 321 EAL 2016**

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**